NOV 28 2022 PM1:34
FILED-USDC-CT-NEW_HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Brian Pace_____,
　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　(To be supplied by the Court)

Centene Management Company LLC_____,
　　　　　　　　　Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.　　Plaintiff resides at the following location: 209 Minerva street Derby, CT 06418

2.　　Defendant(s) reside(s) at the following location [Attach additional sheets if more

space is required]: 7700 Forsyth Blvd, St. Louis, MO 63105

3.　　This action is brought pursuant to [Check all spaces that apply to the type of

claim(s) you wish to assert against the Defendant(s)]:

☒　　Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
seq., for employment discrimination on the basis of race, color, religion, sex, or
national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐　　Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
et seq., for employment discrimination based upon age. Jurisdiction is alleged
pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is
sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

　　My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): _____

_____.

(B) ☒ Termination of my employment. I was terminated from my employment on the following date: ___January 07, 2022___.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☐ Other acts as specified below: _____

_____

_____

_____

_____

2

5.    The conduct of the Defendant(s) was discriminatory because it was based upon:

race [ ], color [ ], religion [X], sex [ ], age [ ], national origin [ ] or disability [ ]. [Please

check all applicable bases for your claim of discrimination and explain further, if

necessary]: _____

_____

6.    The facts surrounding my claim of employment discrimination are as follows

[Attach additional sheets, if necessary]:

Attached are additional sheets describing the Facts:

_____

_____

_____

_____

_____

_____

7.    The approximate number of persons who are employed by the Defendant

employer I am suing is:_____more than 20_____ .

8.    The alleged discrimination occurred on or about the following date(s) or time

period:_____November 30, 2022_____.

3

9.    I filed charges with the:

⊠    Equal Employment Opportunity Commission

⊠    Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _09.08.2022_ .

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe that  discrimination occurred.  My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: Additional sheets are attached explaining this reasoning.

_____

_____

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐    Injunctive orders (specify the type of injunctive relief sought): _____

_____ ;

⊠    Backpay;

4

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __

loss of income, pain and suffering, punitive                                              ;

☐ Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _____

_____;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☒    DO NOT ☐ demand a trial by jury.

_____        _____
Original signature of attorney (if any)        **Plaintiff's Original Signature**

| | |
|---|---|
| | Brian Pace |

Printed Name and address        Printed Name and address
                                Brian Pace

_____        _____

( )                                        2038923808
Attorney's telephone                        Plaintiff's telephone

                                           gpap2666@gmail.com
_____        _____
Email address if available                  Email address if available

Dated: 11/22/2022 _____

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _New Haven_____ on _11/22/2022_____.
                    (location)                                          (date)

                                                    _____
                                                    **Plaintiff's Original Signature**

(Rev. 3/23/16)

6

1. My name is Brian Pace and I reside at 209 Minerva Street, Derby, CT 06418.

2. Respondent is Wellcare Health Plan, owned by Centeen, whose business address is 2319 Whitney Avenue, Hamden, CT 06518.

3. The Respondent employs more than 20 people.

4. My religion/religious creed is ~~████~~ Christian

5. On or around September 5th, 2021, the Respondent informed its employees that it was issuing a Covid-19 vaccine mandate.

6. The mandate also required employees to provide proof of vaccination status, or they would be unable to work in the field.

7. The Respondent stated being vaccinated was now a condition of employment, but that the opportunity to file an exemption was available.

8. On or around September 13th, 2021, I filed a religious exemption letter to both the vaccine and weekly testing. (*See Attachment A.*)

9. My religious exemption letter further explained my deeply held religious beliefs in relation to why I was requesting to be exempt as I feel it is an unwanted and unnecessary intrusion on my body.

10. On or around September 17th, 2021, I received an email from the Respondent further inquiring about my religious exemption request. (See Attachment B.)

11. In this email exchange, the Respondent asked me what accommodations I proposed to permit me to perform my job responsibilities with my exemption.

12. In my response, I stated I proposed the accommodation of non-invasive screening, such as temperature and symptom checks, as well as the use of personal protection equipment (PPE.)

13. On or around October 6th, 2021, the Respondent stated they would grant me a temporary accommodation to my exemption letter by having me work from home full time beginning October 18th, 2021.

14. On or around October 13th, I filed an appeal as I did not believe a temporary accommodation of working from home was a proper accommodation. (See Attachment C.)

15. Additionally, I did not feel that my request posed an undue hardship on the company, as I had been working a hybrid schedule prior to the mandate without issue.

16. On or around October 20th, 2021, my appeal was denied.

17. As of November 30th, 2021, my temporary accommodation of working from home will expire.

18. Beginning December 1st, 2021, the Respondent is placing me on unpaid leave.

19. The Respondent has stated I have until January 1st, 2022 to receive the Covid-19 vaccine or my employment will be terminated.

20. The Respondent did not properly accommodate me when requesting a religious exemption.

21. I offered additional, potential accommodations which were denied.

22. The accommodation given to me was not one that I had proposed, and in fact inhibits me from performing to my full ability, as I cannot complete field work like other individuals employed with the Respondent.

23. The Respondent was aware of my deeply held religious beliefs prior to my exemption request, as I have practiced my religion within my job capacity in the past.

24. I believe the Respondent was unjust in denying me my religious exemption and accompanying accommodation.

25. The Respondent has harassed and placed me on unpaid leave based on my religious beliefs.

26. I therefore charge the Respondent with discrimination in the terms and conditions of my employment by harassing me, failing to properly accommodate me, and placing me on unpaid leave based on my religion.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St. 5th Floor
New York, NY 10004
(929) 506-5270
Website. www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/11/2022

**To:** Brian Pace
209 Minerva Street
Derby, CT 06418

Charge No: 16A-2022-00300

EEOC Representative and email: Amon Kinsey
Supervisory Investigator
amon.kinsey@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 16A-2022-00300.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
08/11/2022

Timothy Riera
Acting District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under **Federal law**. If y u also
plan to sue claiming violations of State law, please be aware that time limits may be sho er and
other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination,
you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt
generally means the date when you (or your representative) opened this email or mail. You should
**keep a record of the date you received this notice**. Once this 90-day period has passed, your
right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an
attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of
your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal-Pay-Act (EPA), you must file your complaint
in court within 2 years (3 years for willful violations) of the date you did not receive equal pay.
This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title
VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under
Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit
must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.
Whether you file in Federal or State court is a matter for you to decide after talking to your
attorney. You must file a "complaint" that contains a short statement of the facts of your case
which shows that you are entitled to relief. Filing this Notice is not enough. For more information
about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals
who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may
request your charge file under either or both procedures. EEOC can generally respond to Section 83
requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge
file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed
written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 16A-
2022-00300 to the District Director at Timothy Riera, 33 Whitehall St 5th Floor

New York, NY 10004.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.